UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                                                                     Case No. 6:07-bk-04441-ABB

PLATINUM PROPERTIES OF CENTRAL
FLORIDA INC.,

    Debtor.
_____/

**ORDER GRANTING OFFICIAL UNSECURED CREDITORS COMMITTEE'S
AGREED MOTION TO EXTEND PROOF OF CLAIM BAR DATE**

THIS MATTER came on for consideration on January 15, 2008, on the Official Unsecured Creditors Committee's (the "Committee") *Agreed Motion to Extend Proof of Claim Bar Date* (DE# 109) (the "Motion"), and the Court having reviewed the pleadings, noted the agreement of counsel, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1.     The Motion to extend the bar date is hereby granted. All creditors shall have until **February 29, 2008** in which to file their Proof of Claim with the Clerk's office at the U.S. Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, so as to be received by this date.

DONE AND ORDERED on February 4, 2008.

_____
ARTHUR B. BRISKMAN
United States Bankruptcy Judge

ORDER GRANTING OFFICIAL UNSECURED CREDITORS COMMITTEE'S AGREED MOTION TO EXTEND PROOF OF CLAIM BAR DATE

Copies to:

Roy S. Kobert, P.A., Broad and Cassel, P.O. Box 4961, Orlando, FL 32802-4961

R. Scott Shuker, Esquire, Latham Shuker Eden & Beaudine LLP, P.O. Box 3353, Orlando, FL 32802

Debtor: Platinum Properties of Central Florida Inc., c/o Terry Soifer, President, 2100 Lee Road, Suite F, Winter Park, FL 32789

United States Trustee, 135 W. Central Blvd., Room 620, Orlando, FL 32801

Roy S. Kobert shall post a copy of this Order on the case website maintained by Committee Counsel at www.broadandcassel.com pursuant to this Court's *Order Granting Motion of the Official Unsecured Creditors Committee, Pursuant to 11 U.S.C. §§105(a), 1102(b)(3) and 1103(c), for Order Approving Notice Procedures and for Protective Order, nunc pro tunc to November 9, 2007* (DE# 102).

ORL1\BANKRUPT\1037611.2
40793/0001